Slip Op. 08-27

**UNITED STATES COURT OF INTERNATIONAL TRADE**

BEFORE: Senior Judge Nicholas Tsoucalas
_____
| | |
|---|---|
| CRAWFISH PROCESSORS ALLIANCE; LOUISIANA DEPARTMENT OF AGRICULTURE AND FORESTRY; BOB ODOM, COMMISSIONER, : : : : : | |
| Plaintiffs, : | |
| v. : : | |
| UNITED STATES, : : | |
| Defendant, : : | |
| and : : | Consol. Court No. 02-00376 |
| HONTEX ENTERPRISES, INC., d/b/a LOUISIANA PACKING COMPANY; QINGDAO RIRONG FOODSTUFF CO., LTD. and YANCHENG HAITENG AQUATIC PRODUCTS & FOODS CO., LTD; BO ASIA, INC., GRAND NOVA INTERNATIONAL, INC., PACIFIC COAST FISHERIES CORP., FUJIAN PELAGIC FISHERY GROUP CO., QINGDAO ZHENGRI SEAFOOD CO., LTD. and YANGCHENG YAOU SEAFOOD CO., : : : : : : : : : : : : : | |
| Defendant-Intervenors and Plaintiffs. : : : | |

_____

**<u>JUDGMENT</u>**

Upon consideration of the Department of Commerce's <u>Final Remand Results of Redetermination Pursuant to Court Remand</u>, filed with the Court on January 28, 2008 ("<u>Final Results</u>"), the Court finds that those remand results comply with the Court's remand order in <u>Crawfish Processors Alliance v. United States</u>, 31 CIT __, Slip Op. 07-156 (October 30, 2007) insofar as they treat Fujian Pelagic Fishery Group Co. ("Fujian") and Pacific Coast Fisheries Corp. ("Pacific Coast") as affiliated parties pursuant to 19 U.S.C. § 1677(33)(E). Having done so, Department of Commerce recalculated Fujian's dumping margin from 174.04% to 60.83% for the period September 1, 1999 through August 31, 2000, the period of review. No party objected to the <u>Final Results</u>. Therefore, it is hereby

      **ORDERED** that the <u>Final Results</u> are affirmed; and it is further

      **ORDERED** that since all other issues have been decided, this case is dismissed.

      **SO ORDERED.**

                                      <u>/s/ Nicholas Tsoucalas</u>
                                           **NICHOLAS TSOUCALAS**
                                             **SENIOR JUDGE**

Dated:    March 5, 2008
            New York, New York

# NOTICE OF ENTRY AND SERVICE

This is a notice that an order or judgment was entered in the docket of this action, and was served upon the parties on the date shown below.

Service was made by depositing a copy of this order or judgment, together with any papers required by USCIT Rule 79(c), in a securely closed envelope, proper postage attached, in a United States mail receptacle at One Federal Plaza, New York, New York 10278 and addressed to the attorney of record for each party at the address on the official docket in this action, except that service upon the United States was made by personally delivering a copy to the Attorney-In-Charge, International Trade Field Office, Civil Division, United States Department of Justice, 26 Federal Plaza, New York, New York 10278 or to a clerical employee designated, by the Attorney-In-Charge in a writing filed with the clerk of the court.

or

Service was made electronically, by the Court's CM/ECF system, upon those parties that have filed a Notice of Consent to Electronic Service.

Tina Potuto Kimble
Clerk of the Court

Date: _____      By: _____
                                        Deputy Clerk